UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ANTHONY ALBERT JIMENEZ, | ) | CASE NO. CV 12-5691-RGK (PJW) |
| Plaintiff, | ) ) | ORDER ACCEPTING REPORT AND ADOPTING FINDINGS, CONCLUSIONS, |
| v. | ) ) | AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| COUNTY OF LOS ANGELES, et al., | ) ) | |
| Defendants. | ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, the records on file, and the Report and Recommendation of United States Magistrate Judge. Plaintiff has not filed any objections to the Report. The Court accepts the findings and conclusions of the magistrate judge.

DATED: May 16, 2013

*Gary Klausner*
―――――――――――――――――――――
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE

C:\Temp\notesE1EF34\Order accep r&r.wpd