UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY ALBERT JIMENEZ,<br><br>          Plaintiff,<br><br>     v.<br><br>COUNTY OF LOS ANGELES, et al.,<br><br>          Defendants. | CASE NO. CV 12-5691-RGK (PJW)<br><br>J U D G M E N T |

Pursuant to the Order Dismissing the Complaint,

IT IS ADJUDGED that the action is dismissed with prejudice.

DATED: May 16, 2013

*/s/ Gary Klausner*
_____
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE

C:\Temp\notesE1EF34\Judgment.wpd